# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees
### For Individual Researchers Associated with Educational Institutions

| | |
|---|---|
| Applicant's Name: | Lakia Faison |
| Applicant's Title: | Doctoral Candidate |
| Applicant's Phone Number: | 980-333-8750 |
| Applicant's Email Address: | lfaison@gmu.edu |
| Applicant's Mailing Address: | 8206 Dunmore Drive, Unit L, Huntersville, NC, 28078 |

1. Are you an individual researcher associated with an educational institution, or a student associated with an educational institution conducting academic research under the supervision of a professor or instructor?
   ☒ Yes
   ☐ No

2. Please identify your status. [Certification Requirement] Please attach a letter from the professor/instructor who certifies this research is for a course project, thesis, dissertation, or other academic product.
   ☐ High School student
   ☐ Undergraduate Student
   ☒ Graduate/Professional Student
   ☐ Faculty/Lecturer
   ☐ Post-Doctoral Researcher
   ☐ Certification program student.

3. Please provide the name and type of educational institution you and your research are associated with.
   Name of Institution: George Mason University

   ☐ Community/Junior College
   ☒ Four-year college or university
   ☐ Post-graduate program
   ☐ Other degree conferring program, including secondary school program.
   ☐ Professional skills certification program
   ☐ Other non-degree conferring program. Explain:

   _____

4. Is the associated educational institution duly accredited and located in the United States? You may search this site https://ope.ed.gov/dapip/#/home to determine whether your institution has been accredited in the United States.
   ☒ Yes
   ☐ No

5. Do you and/or your affiliated academic institution plan to sell the product of your research?
   ☐ Yes
   ☒ No

6. Do you plan to re-distribute the product of your research? If so, please describe the manner in which it will be re-distributed?

   > Research results will be presented in a doctoral dissertation and, eventually, in an article published in a reputable peer-review journal.

7. Please describe your research project, including the hypothesis or thesis that your research will support. You may be required to provide additional information.

   > The broad purpose of this research is to identify and compare criminal cases in which defendants claim actual innocence on appeal to determine why some defendants may be more likely to achieve exoneration than other defendants. I will compile accessible legal documents and code them for specific information. I will then conduct quantitative analyses of the coded information to investigate two research questions: What (1) legal and/or (2) extra-legal factors influence the likelihood that defendants who claim actual innocence in their petitions for federal habeas corpus review will achieve exoneration.

8. Please describe what resources are needed from PACER and why. Limitation in scope is demonstrated by narrowly tailoring the amount of exempt access requested to meet the needs of the defined research project.

   > I need access to all available appeals documents (e.g., petitions for appeal, judicial decisions regarding appeals, supporting materials for petitions). These documents will provide information on the legal and extra-legal characteristics of the case. I will analyze the effects of the characteristics on the likelihood of exoneration.

9. Please estimate of the number and type(s) of cases and/or documents needed to accomplish your research.

   > The inclusion criteria for my sample are very strict: The cases must be criminal and the defendants in the cases must have raised claims of actual innocence on appeal; further, those claims must have been considered on petition for federal habeas corpus review, and in light of a specific legal exception (the fundamental miscarriages of justice exception). I will download all available appeals and law enforcement documents related to each defendant. Currently, I must review 161 cases (related to 80 unique defendants).

10. Please indicate whether you intend to conduct your research using manual searches or by running a data script or some other computer-aided search and/or retrieval process.

> Manual searches. I will use case information in judicial appellate decisions (found on NexisUni) to search for cases in PACER.

11. What is the period of time for which you are requesting the PACER fee exemption? Please note that you must provide a specific timeframe. You may not request an exemption for an indefinite time period.

> I am requesting PACER fee exemption from October 2025 until January 31st, 2026. I intend to complete data collection and coding in that time period.

12. Please select the courts from which you are requesting PACER fee exemptions.

### Courts of Appeal

- ☐ All Courts of Appeal
- ☐ First Circuit
- ☒ Second Circuit
- ☒ Third Circuit
- ☒ Fourth Circuit
- ☒ Fifth Circuit
- ☒ Sixth Circuit
- ☒ Seventh Circuit
- ☒ Eighth Circuit
- ☒ Ninth Circuit
- ☒ Tenth Circuit
- ☒ Eleventh Circuit
- ☒ D.C Circuit
- ☐ Federal Circuit

### Bankruptcy Appellate Panels (BAP)

- ☐ First Circuit - BAP
- ☐ Sixth Circuit - BAP
- ☐ Eighth Circuit - BAP
- ☐ Ninth Circuit - BAP
- ☐ Tenth Circuit - BAP

### District Courts

- ☐ All District Courts
- ☒ Alabama Middle
- ☐ Alabama Northen
- ☐ Alabama Southern
- ☐ Alaska
- ☒ Arizona
- ☒ Arkansas Eastern
- ☐ Idaho
- ☐ Illinois Central
- ☒ Illinois Northern
- ☐ Illinois Southern
- ☐ Indiana Northern
- ☐ Indiana Southern
- ☐ Iowa Northern
- ☒ Montana
- ☒ Nebraska
- ☐ Nevada
- ☐ New Hampshire
- ☐ New Jersey
- ☒ New Mexico
- ☒ New York Eastern
- ☐ Puerto Rico
- ☐ Rhode Island
- ☐ South Carolina
- ☐ South Dakota
- ☐ Tennessee Eastern
- ☐ Tennessee Middle
- ☒ Tennessee Western

| | | | |
|---|---|---|---|
| ☐ Arkansas Western | ☒ Iowa Southern | ☐ New York Northern | ☒ Texas Eastern |
| ☒ California Central | ☐ Kansas | ☒ New York Southern | ☒ Texas Northern |
| ☐ California Eastern | ☐ Kentucky Eastern | ☒ New York Western | ☒ Texas Southern |
| ☐ California Northern | ☐ Kentucky Western | ☒ North Carolina Eastern | ☒ Texas Western |
| ☒ California Southern | ☐ Louisiana Eastern | ☐ North Carolina Middle | ☐ Utah |
| ☐ Colorado | ☐ Louisiana Middle | ☐ North Carolina Western | ☐ Vermont |
| ☐ Connecticut | ☐ Louisiana Western | ☐ North Dakota | ☐ Virgin Islands |
| ☐ Delaware | ☐ Maine | ☐ Northern Mariana Islands | ☒ Virginia Eastern |
| ☒ District of Columbia | ☐ Maryland | ☐ Ohio Northern | ☐ Virginia Western |
| ☐ Florida Middle | ☐ Massachusetts | ☒ Ohio Southern | ☐ Washington Eastern |
| ☒ Florida Northern | ☐ Michigan Eastern | ☐ Oklahoma Eastern | ☐ Washington Western |
| ☒ Florida Southern | ☒ Michigan Western | ☒ Oklahoma Northern | ☐ West Virginia Northern |
| ☒ Georgia Middle | ☐ Minnesota | ☒ Oklahoma Western | ☐ West Virginia Southern |
| ☐ Georgia Northern | ☐ Mississippi Northern | ☒ Oregon | ☐ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☒ Pennsylvania Eastern | ☐ Wisconsin Western |
| ☐ Guam | ☒ Missouri Eastern | ☐ Pennsylvania Middle | ☒ Wyoming |
| ☐ Hawaii | ☒ Missouri Western | ☐ Pennsylvania Western | |

**Bankruptcy Courts**

| | | | |
|---|---|---|---|
| ☐ All Bankruptcy Courts | ☐ Idaho | ☐ Montana | ☐ Puerto Rico |
| ☐ Alabama Middle | ☐ Illinois Central | ☐ Nebraska | ☐ Rhode Island |
| ☐ Alabama Northen | ☐ Illinois Northern | ☐ Nevada | ☐ South Carolina |
| ☐ Alabama Southern | ☐ Illinois Southern | ☐ New Hampshire | ☐ South Dakota |
| ☐ Alaska | ☐ Indiana Northern | ☐ New Jersey | ☐ Tennessee Eastern |
| ☐ Arizona | ☐ Indiana Southern | ☐ New Mexico | ☐ Tennessee Middle |
| ☐ Arkansas Eastern | ☐ Iowa Northern | ☐ New York Eastern | ☐ Tennessee Western |
| ☐ Arkansas Western | ☐ Iowa Southern | ☐ New York Northern | ☐ Texas Eastern |
| ☐ California Central | ☐ Kansas | ☐ New York Southern | ☐ Texas Northern |
| ☐ California Eastern | ☐ Kentucky Eastern | ☐ New York Western | ☐ Texas Southern |
| ☐ California Northern | ☐ Kentucky Western | ☐ North Carolina Eastern | ☐ Texas Western |
| ☐ California Southern | ☐ Louisiana Eastern | ☐ North Carolina Middle | ☐ Utah |
| ☐ Colorado | ☐ Louisiana Middle | ☐ North Carolina Western | ☐ Vermont |
| ☐ Connecticut | ☐ Louisiana Western | ☐ North Dakota | ☐ Virgin Islands |
| ☐ Delaware | ☐ Maine | ☐ Northern Mariana Islands | ☐ Virginia Eastern |
| ☐ District of Columbia | ☐ Maryland | ☐ Ohio Northern | ☐ Virginia Western |
| ☐ Florida Middle | ☐ Massachusetts | ☐ Ohio Southern | ☐ Washington Eastern |

| | | | |
|---|---|---|---|
| ☐ Florida Northern | ☐ Michigan Eastern | ☐ Oklahoma Eastern | ☐ Washington Western |
| ☐ Florida Southern | ☐ Michigan Western | ☐ Oklahoma Northern | ☐ West Virginia Northern |
| ☐ Georgia Middle | ☐ Minnesota | ☐ Oklahoma Western | ☐ West Virginia Southern |
| ☐ Georgia Northern | ☐ Mississippi Northern | ☐ Oregon | ☐ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☐ Pennsylvania Eastern | ☐ Wisconsin Western |
| ☐ Guam | ☐ Missouri Eastern | ☐ Pennsylvania Middle | ☐ Wyoming |
| ☐ Hawaii | ☐ Missouri Western | ☐ Pennsylvania Western | |

**National Courts**
☐ Judicial Panel on Multidistrict Litigation
☐ U.S. Court of Federal Claims
☐ U.S. Court of International Trade

13. In support of this application, I certify the following:

   a. An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

   b. I understand that any authorized fee exemption will apply only to me, will be valid only for the purposes stated above and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

   c. I agree that any data I receive through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet; and

   d. I declare that all the information I have provided on this application is true, and I understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees.

   e. I certify that I have read the instructions and am aware of the available resources to obtain judicial opinions and data on case filings outside of PACER and that additional information from PACER is required to accomplish my research objective.

Signature: Lakia Faison  *(signed)*